# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER FREITICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 09-cv-1414 |
| **SMS RAIL LINES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**AND NOW**, this 17th day of September 2010, upon review and consideration of Defendant's Motion for Summary Judgment [docket entry No. 22], Plaintiff's Response to Defendant's Motion for Summary Judgment [docket entry No. 25], Defendant's Reply [docket entry No. 26], and for reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

It is further **ORDERED** that Defendant's Request for Oral Argument [docket entry No. 27] is **DISMISSED as MOOT**.

It is so **ORDERED**.

                                                    **BY THE COURT:**

                                                    **/s/ Cynthia M. Rufe**

                                                    _____

                                                    **CYNTHIA M. RUFE, J.**